Edward W. Lukas Jr. State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)
HARNESS, DICKEY & PIERCE PLC
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills MI, 48304
Telephone (248) 641-1600
Email: gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP<br><br>Plaintiff,<br><br>- v.-<br><br>ASHIK PAPIKYAN<br><br>Defendant. | Case No.: 26-cv-11799<br><br>**NOTICE TO THE CLERK PURSUANT TO LOCAL RULE 83-11.4** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Notice is hereby given pursuant to Local Rule 83-11.4 that Plaintiff has filed an action that challenges or seeks enforcement of a state or federal law and requests

declaratory or injunctive relief on a statewide or nationwide basis.

Dated: October 8, 2026

Respectfully submitted,

HARNESS, DICKEY & PIERCE PLC

By: /s/ JEREMIAH J. FOLEY
Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)

*Counsel for Plaintiff*

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: /s/ EDWARD W. LUKAS, JR.
Edward W. Lukas, Jr.

*Local Counsel for Plaintiff*